**DISMISS; and Opinion Filed March 6, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00841-CV

**ANDREA DAVILA, Appellant**
**V.**
**ROGER INFANTE, Appellee**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-02198-2018**

# MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Schenck

Before the Court is the March 1, 2019 agreed motion to dismiss the appeal. In the motion,

appellant and appellee state they have reached a full and final resolution of their dispute. We grant

the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1.


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

180841F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANDREA DAVILA, Appellant

No. 05-18-00841-CV     V.

ROGER INFANTE, Appellee

On Appeal from the 470th Judicial District Court, Collin County, Texas
Trial Court Cause No. 470-02198-2018.
Opinion delivered by Justice Schenck, Justices Brown and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellant Andrea Davila shall bear the costs of this appeal.

Judgment entered this 6th day of March, 2019.